UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

MOTA,

           Plaintiff,

   - against -

THE CITY OF NEW YORK et al.,

           Defendants.

------------------------------------------------------- X

**ORDER OF**
**DISCONTINUANCE**

10 Civ. 3817 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

1

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated:   November 29, 2010
         New York, New York

## - Appearances -

**For Plaintiff:**

Paul Albert Hale, Esq.
26 Court St.
Suite 1901
Brooklyn, New York 11242
(718) 554-7344

**For Defendant The City of New York:**

Lisa Marie Richardson, Esq.
New York City Law Department
100 Church Street
New York, New York 10007
(212) 442-0832